Gilvear Insurance Agency, Inc., Appellant, *v.* Kaess.

Argued March 16, 1976. *Leonard Schaeffer*, with him *James D. Rosen*, and *Pechner, Dorfman, Wolffe, Moss & Rounick*, for appellant; *Murray B. Dolfman*, for appellee.

Order affirmed.

CERCONE, J., absent.